FILED

04/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0310

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0310

_____

CLINTON TODD SPROLES,

      Petitioner and Appellant,

    v.                           O R D E R

STATE OF MONTANA,

      Respondent and Appellee.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to Clinton Todd Sproles, to all counsel of record, and to the Honorable Kurt Krueger, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 14 2021